# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS J. WINSTON, ) | Case No. 2:08-cv-03140-MSB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| JAMES TILTON, D.K. SISTO, V. SINGH, and T. SEQUIRA, ) | |
| Defendants. ) | |

Plaintiff Douglas J. Winston, who is currently confined in the California State Prison, Solano in Vacaville, CA, has filed a motion to dismiss without prejudice his *pro se* civil rights complaint pursuant to Federal Rule of Civil Procedure 41(a). (Dkt. #20). The Court will construe Winston's motion to dismiss as a notice of voluntary dismissal under Rule 41(a)(1)(A),[1] and so dismiss the action without prejudice and direct the Clerk of the Court to close the case.

**Accordingly,**

---

[1] Federal Rule of Civil Procedure 41(a)(1)(A) provides that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). The opposing parties in this case have not filed either an answer or a motion for summary judgment. *See generally Swedberg v. Marotzke*, 339 F.3d 1139 (9th Cir. 2003) (discussing Rule 41(a)(1)).

1     **IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss (Dkt. #20) is
2 **granted**.
3     **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment
4 accordingly.

6     DATED this 14th day of July, 2010.

8     /s/ Marsha S. Berzon
    MARSHA S. BERZON
9     United States Circuit Judge, sitting by designation